Eastern Equipment Leasing Company *v.* Casa DiSardi, Inc. et al., Appellants.

Argued December 13, 1971. *Daniel H. Shertzer,* for appellants; *J. Gibbel,* with him *Jacques H. Geisenberger, Jr.,* and *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellee.

OPINION PER CURIAM : The record is remitted to the court below for the filing of an opinion stating its reasons for refusing to open the judgment.

WRIGHT, P. J., would affirm the order of the court below.

Eastman et ux. *v.* Bell Telephone Company of Pennsylvania et al., Appellant.

Argued November 12, 1971. *Donald L. Very,* with him *Bela A. Karlowitz, John B. King, William M. Hebrank,* and *Tucker, Arensberg & Ferguson,* for appellant; *Earl J. Cavanaugh, Thomas Lewis Jones,* with them *Richard G. Lewis,* and *Evans, Ivory & Evans,* and *Jones, Gregg, Creehan & Gerace,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.